UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Randy Pearce,

    Plaintiff(s),

                                        Case No. 10-14720

v.

                                        Honorable Sean F. Cox

Chrysler Group LLC Pension Plan,

    Defendant(s).
_____/

## NOTICE TO APPEAR AND ORDER REGARDING SETTLEMENT CONFERENCE AND SUPPLEMENTAL BRIEFING

**PLEASE TAKE NOTICE** that a Settlement Conference has been set for **Tuesday, April 09, 2019** at **9:30 a.m.** before Judge Sean F. Cox, Room 817, 231 W. Lafayette Blvd., Detroit, Michigan 48226.

**IT IS ORDERED** that **all counsel** must bring **all of their clients** and **any persons** with **full settlement authority up to Plaintiff's demand** with them to the conference. **Failure** of a client to attend may **result in the action being dismissed, or a pleading / answer being struck**.

**IT IS FURTHER ORDERED** that, if the parties do not reach a settlement on or before Tuesday, April 9, 2019, the parties shall submit supplemental briefing on the "extent of injury suffered by Pearce arising from the denial of his 30-and-Out benefits." *See Pearce v. Chrysler Group LLC Pension Plan*, 893 F.3d 339, 348 (6th Cir. 2018). The supplemental briefs shall not

exceed ten pages and shall be filed **on or before Friday, May 24, 2019**.

    **IT IS SO ORDERED.**

                                                              s/Sean F. Cox  
                                                              Sean F. Cox  
                                                               United States District Judge

Dated:  February 22, 2019